12/13/18
ADLR

ⓐ Dispo. of M-18-1846-01 (MA)

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) |
|---|---|---|
| | | 4:16-CR-00258-01 |
| TRANSFER OF JURISDICTION | | DOCKET NUMBER (Rec. Court) |
| | | M-18-2041 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Juan Rodriguez-Morales | Western District of Texas | Pecos Division |
| | NAME OF SENTENCING JUDGE | |
| | Honorable Kathleen Cardone | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 03/10/2017 | TO 03/09/2020 |

OFFENSE
8 U.S.C. § 1326(a) and (b)(2): Illegal Re-Entry

PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE    Western    DISTRICT OF    Texas, Pecos Division

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the    Southern District of Texas, McAllen Division    upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

11/29/18
Date                                                     United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE    Southern    DISTRICT OF    Texas, McAllen Division

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Effective Date                                             United States District Judge